UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TROY LYNN ROBERTS,

    Plaintiff,

v.                                      CASE NO. 3:16cv68-MCR-CJK

ERIK SORMRUDE,

    Defendant.
_____/

# **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 28, 2018. ECF No. 73. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's motion for summary judgment, ECF No. 51, is **DENIED**.

3. Defendant's amended motion for summary judgment, ECF No. 53, is **GRANTED**.

4. The clerk is directed to enter judgment in favor of defendant and against Plaintiff.

5. The clerk is directed to close the file.

**DONE AND ORDERED** this 27th day of September 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**